IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GLORIA JEAN SALTER,                :

    Plaintiff,                 :

vs.                                :
                                      CIVIL ACTION 05-0254-CB-M

JO ANNE B. BARNHART,                :
Commissioner of
Social Security,                    :

    Defendant.                 :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the decision of the Commissioner be REVERSED and that this action be REMANDED for further administrative procedures not inconsistent with the Orders of this Court.

DONE this 28th day of December, 2005.

                                  s/*Charles R. Butler, Jr.*
                                  Senior United States District Judge