```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

GLORIA JEAN SALTER,              :
                                 :
    Plaintiff,               :
                                 :
vs.                              :   CIVIL ACTION 05-0254-CB-M
                                 :
JO ANNE B. BARNHART,             :
Commissioner of                  :
Social Security,                 :
                                 :
    Defendant.               :

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. 2412 be and is hereby **GRANTED** and that Plaintiff's counsel be and is hereby **AWARDED** an EAJA attorney's fee in the amount of $1,250.00.

DONE this 26th day of June, 2006.

                                           *s/Charles R. Butler, Jr.*
                                           **Senior United States District Judge**